**Order filed November 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00355-CR
_____

**RONALD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1418275**

---

## ORDER

This court's opinion affirming appellant's conviction issued October 17, 2017. Court-appointed counsel has not filed a motion for rehearing. On November 1, 2017, appellant filed a motion to compel his attorney to deliver the record to him and a motion to extend time to file a pro se motion for rehearing.

We hereby direct the Judge of the 339th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk

of that court furnish the record to appellant on or before **December 1, 2017;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made.


PER CURIAM